# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1269 ASCOT PARK, LEXINGTON, KY, 40517 (See Attachment A, B for full description) | )<br>)<br>)  Case No.  5:24-MJ-5170-MAS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Kentucky
*(identify the person or describe the property to be searched and give its location)*:

1269 ASCOT PARK, LEXINGTON, KY, 40517, including the residential building and any outbuildings (See Attachment A and B for full description).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

property that constitutes evidence of the commission of a crime; contraband, fruits of crime, or other items illegally possessed; and property designed or intended to be used as the means of committing a criminal offense. (See Attachment B, which is attached and made a part hereof)

**YOU ARE COMMANDED** to execute this warrant on or before   May 9, 2024   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **3:00 PM, Apr 25, 2024**           */s/ Matthew A. Stinnett*
                                                           Judge's signature

City and state:   Lexington, Kentucky           Matthew A. Stinnett, United States Magistrate Judge
                                                           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5:24-MJ-5170-MAS | Date and time warrant executed: 4-30-2024 ~ 10:00am | Copy of warrant and inventory left with: left at residence |
| Inventory made in the presence of: SA Kimberly Kidd | | |
| Inventory of the property taken and name of any person(s) seized: See FD-597 attached & made part of this return. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-1-2024

*Kimberly Kidd*
Executing officer's signature

*Special Agent Kimberly Kidd*
Printed name and title

FD-597 (Rev. 4-13-2015) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 50B-LS-3772373

On (date): 4-30-2024

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Search Warrant Execution
(Street Address) 1269 Ascot Park, Lex
(City) Lexington KY

Description of Item(s):

Twelve (12) items of evidence:
Social security cards &
USA Permanent Resident Cards for:
Enrique Gerardo Espejo
Hugo Lopez
Alexander Morales
Bernardo Juarez
Jose Antonio Lopez
Alexander Morales
Francisco Lopez
Victor Frias
Israel Nativitas
Jose Antonio
Ismael Albortante Vargas
Mariano Bayona-Gonzalez

Cooper Standard ID - Mariano Bayona-Gonzalez

Received By: (Signature) Kimberly Kidd    1:00PM    Received From: (Signature) SW Execution

Printed Name/Title: SA Kimberly Kidd    Printed Name/Title:

## ATTACHMENT A

*Property to be searched*

The property to be searched is **1269 Ascot Park, Lexington, KY, 40517** further described as a red brick single-story home with a white door.



# ATTACHMENT B

*Property to be seized*

1. All records relating to violations of **18 U.S.C. § 1589** which criminalizes the act of labor trafficking and **8 U.S.C. § 1324**, which criminalizes bringing in and harboring certain aliens, involving **SERAFIN BAYONA**:

    a. Paper records, notebooks, and information relating to the illegal trafficking of people across the U.S./Mexico border, evidence of the harboring of individuals that are in the United States without proper authorization, evidence of labor trafficking, and monetary debts owed to BAYONA by victims identified and unidentified, and further records concerning the criminal conduct and conspiracy.

2. Items related to the proceeds of the illegal activity to include but not limited to money, envelopes, bank straps, safes or other items used for the storage of money.

3. Items related to personal effects of co-conspirators and victims of the conspiracy including, including occupants of the Premises, including, but not limited to, personal identification cards, immigration documents, clothing, employment information, income information, and other personal information believed to belong to co-conspirators and victims identified and unidentified of the criminal conspiracy.

4. Identification cards or documents of any resident of the Premises or co-conspirator or victim of the criminal conduct.

5. Immigration documents for any resident of the Premises or co-conspirator or victim of the criminal conduct.

6. Financial records and information of any resident of the Premises or co-conspirator or victim of the criminal conduct.

7. Photographs, in particular photographs of co-conspirators, victims, transportation from Mexico to Kentucky, and/or assets and/identification documents.

8. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the transfer, concealment and/or expenditure of money by the co-conspirators or victims of the criminal conduct.

9. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys.